AMERICREDIT FINANCIAL SERVICES
P O BOX 183593
ARLINGTON   TX   76096-3593


ANESTHESIA CONSULTANTS
224 E   DOUGLAS
WICHITA   KS   67202


AREA RADIOLOGY
PO BOX 2189
PONCA CITY   OK   74601


BAY AREA CREDIT SERVICE
50 AIRPORT PARKWAY
SUITE 100
SAN JOSE   CA   95110


CAVALRY INVESTMENTS LLC
7 SKYLINE DRIVE
SUITE 3
HAWTHORNE   NY   10532-2162


CBSA
P O   BOX 1929
STILLWATER   OK   74076


CENTRAL STATES RECOVERY
P O   BOX 3130
HUTCHISON   KS   67504-3130


COLLECTION COMPANY OF AMERICA
P O BOX 608
TINLEY PARK   IL   60477-0608

COMPLETE OUTSOURCING SOLUTIONS
P O BOX 95455
PALATINE   IL   60095-0455


DR   QUINT WHITEFIELD
1618 N   5TH
PONCA CITY   OK   74601


FINANCE SYSTEMS OF GREEN BAY
301 N   JACKSON
GREEN BAY   WI   54305


FIRST PREMIER BANK
10965 DECATOR ROAD
PHILADELPHIA   PA   19154-3210


HEALTH CARE COLLECTIONS
1100 S   CLIFTON
SUITE A
WICHITA   KS   67218


KANSAS IMAGING
245 N   WACO
WICHITA   KS   67202


KELLY COLLECTIONS
P O BOX 1775
PONCA CITY   OK   74602


KU SCHOOL OF MEDICINE
1010 N   KANSAS
SUITE 3048
WICHITA   KS   67218

OKLAHOMA NATURAL GAS
DEPT 1234
TULSA  OK  74186-0001


PIONEER BANK
2701 N  14TH
PONCA CITY  OK  74604


PONCA CITY UTILITIY AUTHORITY
P O  BOX 1450
PONCA CITY  OK  74602


PONCA WOMENS CENTER
1908 N  14TH
SUITE 202
PONCA CITY  OK  74601


PROFESSION CREDIT RECOVERY
P O BOX 3106
BARTLESVILLE  OK  74006


PROVIDIA BANCORP
P O  BOX 9007
PLEASANTON  CA  94566


SALLIE MAE
P O  BOX 4600
WILKES-BARRE  PA  18773


SBC
P O BOX 5072
SAGINAW  MI  48605

TIME WARNER CABLE
P O BOX 3221
MILWAUKEE  WI  53201-3221


VIA CHRISTI MEDICAL CENTER
P O  BOX 1270
PONCA CITY  OK  74602


WICHITA ANESTISIA CHARTERED
8080 E  CENTRAL AVE
WICHITA  KS  67206

05-18148WV